# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DANIEL HINTERMEIER<br><br>*Defendant* | ) | Case No. 6:19-MJ-00026 JDP |

**ORDER TO PAY**
**PROBATION PURSUANT TO A DEFERRED JUDGMENT**
**AGREEMENT BETWEEN THE PARTIES**

The defendant having been found guilty of an offense under 36 CFR 2.35(B)(2), and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

Date: 6/12/2019

/s/ Jeremy D. Peterson
**JEREMY D. PETERSON**
*United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall personally appear for two probation review hearings on May 19, 2020, 10:00 a.m., before U.S. Magistrate Judge Peterson. Shortly before the last hearing, if the defendant has successfully complied with the terms of probation, he may request that the probation review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.

2. The defendant shall pay a fine of $990.00 and a special assessment of $10.00 for a total financial obligation of $1000.00, which shall be paid at the rate of $100.00 per month commencing on 5/17/2019, and each month thereafter by the 12th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   <t>CLERK U.S.D.C.
   <t>2500 Tulare Street, Rm 1501
   <t>Fresno, CA 93721