Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>DANIEL HINTERMEIER,<br><br>Defendant. | Docket Number:  6:19-mj-0026-JDP<br><br><br>**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGMENT AGREEMENT; AND ORDER THEREON** |

On June 12, 2019, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement, he was to serve 12 months of unsupervised probation with the conditions he: obey all laws and pay a fine of $1000.  A review hearing was scheduled for May 19, 2020.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on May 19, 2020.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court.  Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  May 18, 2020                                           /S/ Susan St. Vincent___
                                                                            Susan St. Vincent
                                                                            Legal Officer
                                                                            Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 19, 2020 in the above-referenced matter, *United States v. Hintermeier*, 6:19-mj-0026-JDP, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated:   May 19, 2020                                   _____
                                                        UNITED STATES MAGISTRATE JUDGE